# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Shakeera Myers, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Loomis Armored US LLC,<br><br>    Defendant. | Civil Action No. 3:18-cv-00532-FSW-DSC<br><br>**ORDER GRANTING JOINT MOTION TO MAIL CLASS ACTION FAIRNESS ACT NOTICE BY JANUARY 9, 2020** |

This matter having come before this Court on the **JOINT MOTION TO MAIL CLASS ACTION FAIRNESS ACT NOTICE BY JANUARY 9, 2020**; considering the Motion and it appearing to this Court that good cause exists for the granting of said Motion; that said Motion be allowed; and that the Motion should be Granted.

  **IT IS THEREFORE ORDERED** that:

  1. The Parties' **JOINT MOTION TO MAIL CLASS ACTION FAIRNESS ACT NOTICE BY JANUARY 9, 2020** is hereby **GRANTED**;

  2. The Settlement Administrator shall issue CAFA Notices to the appropriate state and federal officials by January 9, 2020; and

  3. Sending of the CAFA Notices on or before January 9, 2020, shall not trigger CAFA's non-compliance provisions under 28 U.S.C. section 1715(e).

  **SO ORDERED**.

    Signed: December 31, 2019

    _____
    David S. Cayer
    United States Magistrate Judge