UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00532-FDW-DSC

| | |
|---|---|
| SHAKEERA MYERS, on behalf of herself and all others similarly situated, </br></br> Plaintiff, </br></br> vs. </br></br> LOOMIS ARMORED US, LLC, </br></br> Defendant. | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion for Telephonic Fairness and Final Approval Hearing (Doc. No. 74). For the reasons stated in the motion, and for good cause shown, the Joint Motion for Telephonic Fairness and Final Approval Hearing is GRANTED.

IT IS THEREFORE ORDERED that the Court will hold a telephonic fairness and approval hearing with the parties on April 8, 2020 and 9:30 am.

IT IS SO ORDERED.

Signed: April 3, 2020

Frank D. Whitney
Chief United States District Judge

1