IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHAKEERA MYERS, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) CA No. 3:18-cv-00532-FDW-DSC ) |
| LOOMIS ARMORED US, LLC, | ) ) ) |
| *Defendant.* | ) ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests that the Court enter an Order: Granting final approval of the Settlement Agreement and Release (Dkt. 63-1, Exhibit A), including the class action settlement pursuant to Fed. R. Civ. P.23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this April 7, 2020

                            */s/ Gilda Adriana Hernandez*
                            Gilda A. Hernandez (NCSB No. 36812)
                            Charlotte Smith (NCSB No. 53616)
                            **THE LAW OFFICES OF GILDA A.**

**HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

Charles Robert Ash, IV, *pro hac vice*
Matthew L. Turner, *pro hac vice*
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300
248-746-4001 (fax)
crash@sommerspc.com
mturner@sommerspc.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2020, I filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

Jerry Howard Walters
jwalters@littler.com
**LITTLER MENDELSON, P.C.**
Bank of America Corporate Center
100 N. Tryon Street, Suite 4150
Charlotte, NC 28202
Telephone: 704-972-7013
Facsimile: 704-333-4005

Claire B. Deason**,** *pro hac vice*
Lyndsey Marcelino, *pro hac vice*
**LITTLER MENDELSON, P.C.**
80 South 8th Street, Suite 1300
Minneapolis, MN 55402
612-313-7610
612-630-6926 (fax)
cdeason@littler.com
lmarcelino@littler.com

*Attorneys for Defendant*

                                            */s/ Gilda Adriana Hernandez*
                                            Gilda A. Hernandez (#36812)
                                            **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                                            1020 Southhill Dr., Ste. 130
                                            Cary, NC 27513
                                            Tel: (919) 741-8693
                                            Fax: (919) 869-1853
                                            ghernandez@gildahernandezlaw.com

Charles Robert Ash, IV, *pro hac vice*
Matthew L. Turner, *pro hac vice*
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, Suite 1700
Southfield, MI 48076
248-355-0300
248-746-4001 (fax)
crash@sommerspc.com
mturner@sommerspc.com

*Attorneys for Plaintiffs*